HUDSON COUNTY NATIONAL BANK, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. PAUL SHANLEY, *ET AL.*, DEFENDANTS-PETITIONERS.

On petition for certification to Superior Court, Appellate Division.

*Mr. Edward J. Spinello, Mr. George J. Kauper* and *Mr. Thomas J. Spinello* for the petitioners.

*Messrs. Burke, Sheridan & Hourigan* and *Mr. John J. Joel* for the respondents.